# EXHIBIT A

US007575158B2

## (12) United States Patent
Barcelou

(10) Patent No.: **US 7,575,158 B2**
(45) Date of Patent: *Aug. 18, 2009

(54) **AUTOMATED TRANSACTION MACHINE**

(75) Inventor: **David M. Barcelou**, Rydal, PA (US)

(73) Assignee: **Transaction Holding Ltd. LLC**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/981,920**

(22) Filed: **Oct. 31, 2007**

(65) Prior Publication Data

US 2008/0067234 A1    Mar. 20, 2008

**Related U.S. Application Data**

(63) Continuation of application No. 11/818,217, filed on Jun. 13, 2007, which is a continuation of application No. 11/123,982, filed on May 6, 2005, which is a continuation of application No. 09/180,558, filed as application No. PCT/US97/08089 on May 9, 1997, now Pat. No. 6,945,457.

(60) Provisional application No. 60/017,533, filed on May 10, 1996.

(51) Int. Cl.
*G07F 19/00* (2006.01)
(52) U.S. Cl. ....................... **235/379**; 235/380
(58) Field of Classification Search ................. 235/379, 235/380, 382, 382.5, 375, 383, 486, 487, 235/492; 705/40, 43
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,397,763 A | 8/1968 | Wahlberg |
| 3,705,384 A | 12/1972 | Wahlberg |
| 3,798,603 A | 3/1974 | Wahlberg |
| 3,826,344 A | 7/1974 | Wahlberg |
| 3,937,925 A | 2/1976 | Boothroyd |
| 3,957,173 A | 5/1976 | Roudebush |
| 3,970,992 A | 7/1976 | Boothroyd et al. |
| 3,971,916 A | 7/1976 | Moreno |
| 4,007,355 A | 2/1977 | Moreno |
| 4,050,562 A | 9/1977 | Schwippert et al. |
| 4,092,524 A | 5/1978 | Moreno |
| 4,102,493 A | 7/1978 | Moreno |
| 4,105,156 A | 8/1978 | Dethloff |
| 4,166,945 A | 9/1979 | Inoyama et al. |

(Continued)

OTHER PUBLICATIONS

"An ATM For Everything," John Schneltzer, Dec. 26, 1995, Chicago Tribune, St. Louis Post-Dispatch.

(Continued)

*Primary Examiner*—Thien M Le
(74) *Attorney, Agent, or Firm*—Albert Jacobs LLP; Albert L. Jacobs, Jr.; Gerard F. Diebner

(57) **ABSTRACT**

An automated retail terminal in which a plurality of goods and/or services are provided in an integrated system. The integrated system generally avoids duplicating hardware or functions in the course of delivering the goods or services offered, so for example in a combination ATM and Internet kiosk the same credit card or smart card reader is used for both the ATM and the Internet kiosk functions, the same control screen activates the ATM functions and the Internet functions, and etc.

**16 Claims, 9 Drawing Sheets**



U.S. PATENT DOCUMENTS

| Patent No. | Kind | Date | Name |
|---|---|---|---|
| 4,179,723 | A | 12/1979 | Spencer |
| 4,190,066 | A | 2/1980 | Burnside |
| 4,197,986 | A | 4/1980 | Nagata |
| 4,211,919 | A | 7/1980 | Ugon |
| 4,225,779 | A | 9/1980 | Sano et al. |
| 4,253,016 | A | 2/1981 | Hirose |
| RE30,773 | E | 10/1981 | Glaser et al. |
| 4,295,041 | A | 10/1981 | Ugon |
| 4,305,059 | A | 12/1981 | Benton |
| 4,319,336 | A | 3/1982 | Anderson et al. |
| 4,341,951 | A | 7/1982 | Benton |
| 4,343,582 | A | 8/1982 | Lundblad et al. |
| 4,365,700 | A | 12/1982 | Arimoto et al. |
| 4,382,279 | A | 5/1983 | Ugon |
| 4,454,414 | A | 6/1984 | Benton |
| 4,454,670 | A | 6/1984 | Bachmann et al. |
| 4,521,008 | A | 6/1985 | Graznow et al. |
| 4,528,643 | A | 7/1985 | Freeny, Jr. |
| 4,529,870 | A | 7/1985 | Chaum |
| 4,538,058 | A | 8/1985 | Ugon |
| 4,541,057 | A | 9/1985 | Hagiwara |
| 4,544,833 | A | 10/1985 | Ugon |
| 4,567,359 | A | 1/1986 | Lockwood |
| RE32,115 | E | 4/1986 | Lockwood |
| 4,593,183 | A | 6/1986 | Fukatsu |
| 4,605,844 | A | 8/1986 | Haggan |
| 4,625,276 | A | 11/1986 | Benton |
| 4,630,201 | A | 12/1986 | White |
| 4,639,582 | A | 1/1987 | Arikawa et al. |
| 4,650,977 | A | 3/1987 | Couch |
| 4,656,342 | A | 4/1987 | Ugon |
| D291,379 | S | 8/1987 | Gengler et al. |
| 4,706,081 | A | 11/1987 | Hart et al. |
| 4,726,474 | A | 2/1988 | Arikawa et al. |
| 4,733,765 | A | 3/1988 | Watanabe |
| 4,736,094 | A | 4/1988 | Yoshida |
| 4,757,185 | A | 7/1988 | Onishi |
| 4,759,063 | A | 7/1988 | Chaum |
| 4,759,064 | A | 7/1988 | Chaum |
| 4,766,293 | A | 8/1988 | Boston |
| 4,803,347 | A | 2/1989 | Sugahara et al. |
| 4,804,830 | A | 2/1989 | Miyagisima et al. |
| 4,815,741 | A | 3/1989 | Small |
| 4,831,245 | A | 5/1989 | Osasawara |
| 4,833,607 | A | 5/1989 | Dethloff |
| 4,837,422 | A | 6/1989 | Dethloff et al. |
| 4,853,522 | A | 8/1989 | Osasawara |
| 4,868,376 | A | 9/1989 | Lessin et al. |
| 4,869,500 | A | 9/1989 | Williams |
| 4,874,935 | A | 10/1989 | Younger |
| 4,914,698 | A | 4/1990 | Chaum |
| 4,926,480 | A | 5/1990 | Chaum |
| 4,947,430 | A | 8/1990 | Chaum |
| 4,949,380 | A | 8/1990 | Chaum |
| 4,953,086 | A | 8/1990 | Fukatsu |
| 4,961,142 | A | 10/1990 | Elliott et al. |
| 4,970,655 | A | 11/1990 | Winn |
| 4,974,170 | A | 11/1990 | Bouve et al. |
| 4,977,595 | A | 12/1990 | Ohta et al. |
| 4,991,210 | A | 2/1991 | Chaum |
| 4,996,711 | A | 2/1991 | Chaum |
| 5,025,373 | A | 6/1991 | Keyser, Jr. et al. |
| 5,028,918 | A | 7/1991 | Giles et al. |
| 5,047,613 | A | 9/1991 | Swegen et al. |
| 5,056,643 | A | 10/1991 | Kirberg |
| 5,083,271 | A | 1/1992 | Thacher et al. |
| 5,105,069 | A | 4/1992 | Hakenewerth et al. |
| 5,131,039 | A | 7/1992 | Chaum |
| 5,166,676 | A | 11/1992 | Milheiser |
| 5,185,798 | A | 2/1993 | Hamada et al. |
| 5,198,976 | A | 3/1993 | Form et al. |
| 5,206,495 | A | 4/1993 | Kreft |
| 5,214,269 | A | 5/1993 | Yamashita et al. |
| 5,220,501 | A | 6/1993 | Lawlor et al. |
| 5,224,162 | A | 6/1993 | Okamoto et al. |
| 5,239,662 | A | 8/1993 | Danielson et al. |
| 5,240,368 | A | 8/1993 | Graef et al. |
| 5,250,788 | A | 10/1993 | Sugai et al. |
| 5,265,033 | A | 11/1993 | Vajk et al. |
| 5,285,382 | A | 2/1994 | Muehlberger et al. |
| 5,305,195 | A | 4/1994 | Murphy |
| 5,309,355 | A | 5/1994 | Lockwood |
| 5,326,960 | A | 7/1994 | Tannenbaum |
| 5,350,906 | A | 9/1994 | Brody et al. |
| 5,351,146 | A | 9/1994 | Chan et al. |
| 5,351,296 | A | 9/1994 | Sullivan |
| 5,371,797 | A | 12/1994 | Bocinsky |
| 5,373,558 | A | 12/1994 | Chaum |
| 5,376,778 | A | 12/1994 | Kreft |
| 5,382,777 | A | 1/1995 | Yuhara et al. |
| 5,397,886 | A | 3/1995 | Mos et al. |
| 5,408,633 | A | 4/1995 | Katsumura et al. |
| 5,420,405 | A | 5/1995 | Chasek |
| 5,428,684 | A | 6/1995 | Akiyama et al. |
| 5,429,361 | A | 7/1995 | Raven et al. |
| 5,434,919 | A | 7/1995 | Chaum |
| 5,435,542 | A | 7/1995 | Van Pham et al. |
| 5,438,184 | A | 8/1995 | Roberts et al. |
| 5,440,108 | A | 8/1995 | Tran et al. |
| 5,440,479 | A | 8/1995 | Hutton |
| 5,440,634 | A | 8/1995 | Jones et al. |
| 5,453,601 | A | 9/1995 | Rosen |
| 5,454,332 | A | 10/1995 | Fennelly et al. |
| 5,455,407 | A | 10/1995 | Rosen |
| 5,461,217 | A | 10/1995 | Claus |
| 5,473,143 | A | 12/1995 | Vak et al. |
| 5,484,997 | A | 1/1996 | Haynes |
| 5,491,471 | A | 2/1996 | Stobbe |
| 5,493,614 | A | 2/1996 | Chaum |
| 5,497,463 | A | 3/1996 | Stein et al. |
| 5,506,397 | A | 4/1996 | Hoshino |
| 5,511,121 | A | 4/1996 | Yacobi |
| 5,511,122 | A | 4/1996 | Atkinson |
| 5,517,172 | A | 5/1996 | Chiu |
| 5,517,569 | A | 5/1996 | Clark |
| 5,521,980 | A | 5/1996 | Brands |
| 5,530,232 | A | 6/1996 | Taylor |
| 5,531,640 | A | 7/1996 | Inoue |
| 5,534,857 | A | 7/1996 | Laing et al. |
| 5,535,276 | A | 7/1996 | Ganesan |
| 5,537,315 | A | 7/1996 | Mitcham |
| 5,544,086 | A | 8/1996 | Davis et al. |
| 5,544,322 | A | 8/1996 | Cheng et al. |
| 5,546,523 | A | 8/1996 | Gatto |
| 5,557,516 | A | 9/1996 | Hogan |
| 5,557,518 | A | 9/1996 | Rosen |
| 5,559,887 | A | 9/1996 | Davis et al. |
| 5,564,546 | A | 10/1996 | Molbak et al. |
| 5,572,643 | A | 11/1996 | Judson |
| 5,576,951 | A | 11/1996 | Lockwood |
| 5,577,121 | A | 11/1996 | Davis et al. |
| 5,590,038 | A | 12/1996 | Pitroda |
| 5,590,197 | A | 12/1996 | Chen et al. |
| 5,594,233 | A | 1/1997 | Kenneth et al. |
| 5,596,642 | A | 1/1997 | Davis et al. |
| 5,600,114 | A | 2/1997 | Dunlap et al. |
| 5,602,905 | A | 2/1997 | Mettke |
| 5,610,382 | A | 3/1997 | Yamamoto |
| 5,613,001 | A | 3/1997 | Bakhoum |
| 5,613,012 | A | 3/1997 | Hoffman et al. |
| 5,615,277 | A | 3/1997 | Hoffman |
| 5,619,558 | A | 4/1997 | Jheeta |
| 5,620,079 | A | 4/1997 | Molbak |
| 5,621,796 | A | 4/1997 | Davis et al. |

| Patent No. | Kind | Date | Inventor |
|---|---|---|---|
| 5,623,547 | A | 4/1997 | Jones et al. |
| 5,633,930 | A | 5/1997 | Davis et al. |
| 5,637,845 | A | 6/1997 | Kolls |
| 5,641,050 | A | 6/1997 | Smith et al. |
| 5,644,118 | A | 7/1997 | Hayashida |
| 5,644,727 | A | 7/1997 | Atkins |
| 5,649,001 | A | 7/1997 | Thomas et al. |
| 5,650,604 | A | 7/1997 | Marcous et al. |
| 5,650,605 | A | 7/1997 | Morioka et al. |
| 5,652,421 | A | 7/1997 | Veeneman et al. |
| 5,652,423 | A | 7/1997 | Saitoh et al. |
| 5,659,165 | A | 8/1997 | Jennings et al. |
| 5,659,616 | A | 8/1997 | Sudia |
| 5,661,283 | A | 8/1997 | Gallacher et al. |
| 5,668,878 | A | 9/1997 | Brands |
| 5,671,279 | A | 9/1997 | Elgamal |
| 5,671,280 | A | 9/1997 | Rosen |
| 5,673,309 | A | 9/1997 | Woynoski |
| 5,673,322 | A | 9/1997 | Pepe et al. |
| 5,677,955 | A | 10/1997 | Doggett et al. |
| 5,682,027 | A | 10/1997 | Bertina et al. |
| 5,682,525 | A | 10/1997 | Bouve et al. |
| 5,684,291 | A | 11/1997 | Taskett |
| 5,686,713 | A | 11/1997 | Rivera |
| 5,689,565 | A | 11/1997 | Spies et al. |
| 5,691,525 | A | 11/1997 | Aoki et al. |
| 5,692,132 | A | 11/1997 | Hogan |
| 5,696,366 | A | 12/1997 | Ziarno |
| 5,696,827 | A | 12/1997 | Brands |
| 5,696,908 | A | 12/1997 | Muehlberger et al. |
| 5,699,528 | A | 12/1997 | Hogan |
| 5,703,795 | A | 12/1997 | Mankovitz |
| 5,703,949 | A | 12/1997 | Rosen |
| 5,704,046 | A | 12/1997 | Hogan |
| 5,710,887 | A | 1/1998 | Chelliah et al. |
| 5,712,913 | A | 1/1998 | Chaum |
| 5,715,399 | A | 2/1998 | Bezos |
| 5,722,564 | A | 3/1998 | Tiraboschi |
| 5,727,154 | A | 3/1998 | Fry et al. |
| 5,732,398 | A | 3/1998 | Tagawa |
| 5,734,823 | A | 3/1998 | Saigh et al. |
| 5,742,845 | A | 4/1998 | Wagner |
| 5,744,787 | A | 4/1998 | Teicher |
| 5,745,886 | A | 4/1998 | Rosen |
| 5,757,917 | A | 5/1998 | Rose et al. |
| 5,758,257 | A | 5/1998 | Herz et al. |
| 5,761,306 | A | 6/1998 | Lewis |
| 5,761,683 | A | 6/1998 | Logan et al. |
| 5,762,376 | A | 6/1998 | Taskett |
| 5,764,789 | A * | 6/1998 | Pare et al. .................. 382/115 |
| 5,768,382 | A | 6/1998 | Schneier et al. |
| 5,768,385 | A | 6/1998 | Simon |
| 5,773,812 | A | 6/1998 | Kreft |
| 5,774,663 | A | 6/1998 | Randle |
| 5,774,874 | A | 6/1998 | Veeneman et al. |
| 5,778,178 | A | 7/1998 | Arunachalam |
| 5,781,632 | A | 7/1998 | Odom |
| 5,781,909 | A | 7/1998 | Logan et al. |
| 5,784,439 | A | 7/1998 | Nagelmann et al. |
| 5,787,403 | A | 7/1998 | Randle |
| 5,789,732 | A | 8/1998 | McMahon et al. |
| 5,790,548 | A | 8/1998 | Sistanizadeh et al. |
| 5,796,832 | A | 8/1998 | Kawan |
| 5,802,199 | A * | 9/1998 | Pare et al. .................. 382/115 |
| 5,802,299 | A | 9/1998 | Logan et al. |
| 5,802,497 | A | 9/1998 | Manasse |
| 5,809,144 | A | 9/1998 | Sirbu |
| 5,812,765 | A | 9/1998 | Curtis |
| 5,815,657 | A | 9/1998 | Williams et al. |
| 5,816,720 | A | 10/1998 | Brannan et al. |
| 5,825,006 | A | 10/1998 | Longacre et al. |
| 5,826,017 | A | 10/1998 | Holzmann |
| 5,826,241 | A | 10/1998 | Stein et al. |
| 5,826,245 | A | 10/1998 | Sandberg-Diment |
| 5,826,267 | A | 10/1998 | McMillan |
| 5,828,053 | A | 10/1998 | Kinugasa |
| 5,831,862 | A | 11/1998 | Hetrick et al. |
| 5,832,089 | A | 11/1998 | Kravitz et al. |
| 5,832,460 | A | 11/1998 | Bednar et al. |
| 5,838,665 | A | 11/1998 | Kahn et al. |
| 5,838,812 | A | 11/1998 | Pare, Jr. et al. |
| 5,842,211 | A | 11/1998 | Horadan et al. |
| 5,847,372 | A | 12/1998 | Kreft |
| 5,850,442 | A | 12/1998 | Muftic |
| 5,854,581 | A | 12/1998 | Mori et al. |
| 5,859,416 | A | 1/1999 | Gatto |
| 5,865,470 | A | 2/1999 | Thompson |
| 5,866,889 | A | 2/1999 | Weiss et al. |
| 5,866,891 | A | 2/1999 | Fujimoto et al. |
| 5,870,473 | A | 2/1999 | Boesch et al. |
| 5,870,721 | A | 2/1999 | Norris |
| 5,870,724 | A | 2/1999 | Lawlor et al. |
| 5,878,141 | A | 3/1999 | Daly et al. |
| 5,880,446 | A | 3/1999 | Mori et al. |
| 5,889,266 | A | 3/1999 | Schrenk |
| 5,889,862 | A | 3/1999 | Ohta et al. |
| 5,889,941 | A | 3/1999 | Tushie et al. |
| 5,893,907 | A | 4/1999 | Ukuda |
| 5,895,457 | A | 4/1999 | Kurowski et al. |
| 5,897,625 | A | 4/1999 | Gustin et al. |
| 5,899,982 | A | 5/1999 | Randle |
| 5,901,229 | A | 5/1999 | Fujisaki et al. |
| 5,901,287 | A | 5/1999 | Bull et al. |
| 5,905,736 | A | 5/1999 | Ronen et al. |
| 5,905,810 | A | 5/1999 | Jones et al. |
| 5,909,023 | A | 6/1999 | Ono et al. |
| 5,917,913 | A | 6/1999 | Wang |
| 5,918,213 | A | 6/1999 | Bernard et al. |
| 5,920,629 | A | 7/1999 | Rosen |
| 5,921,373 | A | 7/1999 | Amdahl et al. |
| 5,930,810 | A | 7/1999 | Farros et al. |
| 5,936,220 | A | 8/1999 | Hoshino |
| 5,940,811 | A | 8/1999 | Norris |
| 5,943,423 | A | 8/1999 | Muftic |
| 5,945,652 | A | 8/1999 | Ohki et al. |
| 5,949,043 | A | 9/1999 | Hayashida |
| 5,949,046 | A | 9/1999 | Kenneth et al. |
| 5,949,411 | A | 9/1999 | Doerr et al. |
| 5,949,492 | A | 9/1999 | Mankovitz |
| 5,951,620 | A | 9/1999 | Ahrens et al. |
| 5,952,639 | A | 9/1999 | Ohki et al. |
| 5,953,423 | A | 9/1999 | Rosen |
| 5,953,504 | A | 9/1999 | Sokal et al. |
| 5,955,717 | A | 9/1999 | Vanstorie |
| 5,962,831 | A | 10/1999 | Byrley |
| 5,963,648 | A | 10/1999 | Rosen |
| 5,963,924 | A | 10/1999 | Williams et al. |
| 5,974,148 | A | 10/1999 | Stambler |
| RE36,365 | E | 11/1999 | Levine |
| 5,987,439 | A | 11/1999 | Gustin et al. |
| 5,987,498 | A | 11/1999 | Athing |
| 5,987,500 | A | 11/1999 | Arunachalam |
| 5,988,509 | A | 11/1999 | Taskett |
| 5,991,410 | A | 11/1999 | Albert et al. |
| 5,992,570 | A | 11/1999 | Walter et al. |
| 5,995,949 | A | 11/1999 | Morioka et al. |
| 6,003,762 | A | 12/1999 | Hayashida |
| 6,003,764 | A | 12/1999 | De Rooij et al. |
| 6,012,048 | A | 1/2000 | Gustin et al. |
| 6,014,137 | A | 1/2000 | Burns |
| 6,014,646 | A | 1/2000 | Vallee et al. |
| 6,016,484 | A | 1/2000 | Williams et al. |
| 6,016,955 | A | 1/2000 | De Rooij et al. |
| 6,017,063 | A | 1/2000 | Nilssen |
| 6,023,498 | A | 2/2000 | Schneider |
| 6,029,147 | A | 2/2000 | Horadan et al. |

| | | | |
|---|---|---|---|
| 6,032,857 | A | 3/2000 | Kitagawa et al. |
| 6,035,380 | A | 3/2000 | Shelton et al. |
| 6,038,551 | A | 3/2000 | Barlow et al. |
| 6,039,250 | A | 3/2000 | Ito et al. |
| 6,047,067 | A | 4/2000 | Rosen |
| 6,047,888 | A | 4/2000 | Dethloff |
| 6,048,271 | A | 4/2000 | Barcelou |
| 6,055,314 | A | 4/2000 | Spies et al. |
| 6,068,193 | A | 5/2000 | Kreft |
| 6,070,803 | A | 6/2000 | Stobbe |
| 6,081,791 | A | 6/2000 | Clark |
| RE36,788 | E | 7/2000 | Mansvelt et al. |
| 6,085,177 | A | 7/2000 | Semple |
| 6,088,687 | A | 7/2000 | Leleu |
| 6,088,722 | A | 7/2000 | Herz et al. |
| 6,098,890 | A | 8/2000 | Kreft |
| 6,105,007 | A | 8/2000 | Norris |
| 6,115,458 | A | 9/2000 | Taskett |
| 6,126,069 | A | 10/2000 | Stiefel et al. |
| 6,128,402 | A | 10/2000 | Jones et al. |
| 6,131,810 | A | 10/2000 | Weiss et al. |
| 6,138,107 | A | 10/2000 | Elgamal |
| 6,141,666 | A | 10/2000 | Tobin |
| 6,144,848 | A | 11/2000 | Walsh et al. |
| 6,149,055 | A | 11/2000 | Gatto |
| 6,179,457 | B1 | 1/2001 | Simonotti et al. |
| 6,193,154 | B1 | 2/2001 | Phillips et al. |
| 6,202,054 | B1 | 3/2001 | Lawlor et al. |
| RE37,122 | E | 4/2001 | Levine |
| 6,215,858 | B1 | 4/2001 | Bartholomew et al. |
| 6,230,928 | B1 | 5/2001 | Hanna et al. |
| 6,237,848 | B1 | 5/2001 | Everett |
| 6,285,745 | B1 | 9/2001 | Bartholomew et al. |
| 6,289,319 | B1 | 9/2001 | Lockwood |
| 6,325,242 | B1 | 12/2001 | Izawa et al. |
| 6,327,579 | B1 | 12/2001 | Crawford |
| 6,341,272 | B1 | 1/2002 | Randle |
| 6,366,893 | B2 | 4/2002 | Hannula et al. |
| 6,408,307 | B1 | 6/2002 | Semple et al. |
| 6,434,238 | B1 | 8/2002 | Chaum et al. |
| 6,438,527 | B1 | 8/2002 | Powar |
| 6,439,455 | B1 | 8/2002 | Everett et al. |
| 6,442,532 | B1 | 8/2002 | Kawan |
| 6,507,823 | B1 | 1/2003 | Nel |
| 6,583,813 | B1 * | 6/2003 | Enright et al. .............. 348/150 |
| 6,708,176 | B2 * | 3/2004 | Strunk et al. ................. 707/10 |
| 6,945,457 | B1 | 9/2005 | Barcelou |
| 7,040,533 | B1 * | 5/2006 | Ramachandran ............ 235/379 |
| 7,156,300 | B1 | 1/2007 | Dentlinger |
| 2001/0044747 | A1 | 11/2001 | Ramachandran et al. |
| 2001/0044775 | A1 | 11/2001 | Saito et al. |
| 2005/0211764 | A1 | 9/2005 | Barcelou |
| 2005/0246292 | A1 * | 11/2005 | Sarcanin ....................... 705/67 |
| 2008/0061129 | A1 | 3/2008 | Barcelou |
| 2008/0061130 | A1 | 3/2008 | Barcelou |
| 2008/0061131 | A1 | 3/2008 | Barcelou |
| 2008/0061132 | A1 | 3/2008 | Barcelou |
| 2008/0061133 | A1 | 3/2008 | Barcelou |
| 2008/0061134 | A1 | 3/2008 | Barcelou |
| 2008/0061135 | A1 | 3/2008 | Barcelou |
| 2008/0065536 | A1 * | 3/2008 | Barcelou ....................... 705/43 |
| 2008/0065537 | A1 | 3/2008 | Barcelou |
| 2008/0065538 | A1 * | 3/2008 | Barcelou ....................... 705/43 |
| 2008/0065539 | A1 | 3/2008 | Barcelou |
| 2008/0065540 | A1 | 3/2008 | Barcelou |
| 2008/0065541 | A1 | 3/2008 | Barcelou |
| 2008/0065542 | A1 | 3/2008 | Barcelou |
| 2008/0065543 | A1 | 3/2008 | Barcelou |
| 2008/0065544 | A1 | 3/2008 | Barcelou |
| 2008/0065545 | A1 | 3/2008 | Barcelou |
| 2008/0067234 | A1 | 3/2008 | Barcelou |
| 2008/0067235 | A1 | 3/2008 | Barcelou |
| 2008/0067236 | A1 | 3/2008 | Barcelou |
| 2008/0067237 | A1 * | 3/2008 | Barcelou ..................... 235/379 |
| 2008/0067238 | A1 | 3/2008 | Barcelou |
| 2008/0067239 | A1 * | 3/2008 | Barcelou ..................... 235/379 |
| 2008/0093439 | A1 | 4/2008 | Barcelou |
| 2008/0093440 | A1 | 4/2008 | Barcelou |
| 2008/0093443 | A1 | 4/2008 | Barcelou |
| 2008/0125215 | A1 | 5/2008 | Barcelou |

OTHER PUBLICATIONS

EDS Pamphlet: "Destination: Convenience," Dec. 1995.
ICM—Banking on the I-way Today and Tomorrow, John Doggett, Mar. 23-24, 1995.
AT&T News Release: "New ATM from AT&T GIS Features Automated Document Processing," Nov. 29, 1994.
"Kiosk Issues Bank Cards for Those Dashing through Dough," The Courier Journal, vol. 269, No. 155, p. 12, Dec. 2, 1989, Ken Berzof.
"Trade-It-Yourself Bank Machines Make a Debut Securities: Citibank is First to Offer Full-scale Brokerage Services at ATM Machines Option Comes to California Next Month," Los Angeles Times, Oct. 6, 1994.
"The ABC 7000: The 21st Century Has Arrived," Basecorp, 1995.
"Technobanking Takes Off," Business Week, Dec. 12, 1994.
"Do Bells and Whistles Really Pay Off?", Joseph L. McCarthy, Nov. 27, 1995.
"ATM Revolution Keeps Marching On," Jane B. Sharahan, Nov. 27, 1995.
"Marching to 2000 with a Range of Functions," Janice Fioravante, Nov. 27, 1995.
"Will Versatility Fuel Continued Growth", Janice Floravante, Nov. 27, 1995.
"Nonbanks Close Gap on Off-site ATMs,"Julie Monahan, Nov. 27, 1995.
"Kiosks, PCs take borrowing out of banks" May, 2, 1996 Christine Dugas, Cover Story, USA Today.
"Multimedia Hits the Streets" Feb. 1995 Jirl Weiss, New Media.
Have you ever renewed your driver's license at a cash machine?-"You Will" AT&T Ad, 1994.
"Money: Back to the Future?" Nov. 24, 2995 Walter Wriston, Wall Street Journal.
Ultradata Corporation Product Update Brochure: "Self-Service Kiosk & Automated Loan Processing System (ALPS)", Nov. 1995.
Affinity Financial Group, Inc. Brochure—"Revolution in Progress: The Automated Loan Machine", 1995.
Ameritrade Holding Corporation History—Aufhauser is the first brokerage firm to offer internet trading via its WealthWeb (Aug. 1994).
Digital Equipment Corporation Brochure—"DECbank WB21 for compact cash delivery"and "DECbank WB22 Full Function Walk-Up ATM", Mar. 1994.
Digital Equipment Corporation Brochure—"Integrating Banking Beyond Branches", 1995.
Digital Equipment Corporation Brochure—Digital's Dirstributed Computing Environment (DCE), 1994.
Digital Equipment Corporation White Paper—"Digital DCE for Windows NT", Jun. 1995.
"TP Monitor Brings DCE Down to Earth", Bradley F. Shimmin, LAN Times, Mar. 18, 1996.
Microsoft Corporation—"Microsoft and DCE", Deborah Black. Nov. 1, 1993.
1995 Schlumberger Annual Report (Online Version), 1996.
Schlumberger Danyl Brochure "Card Dispensing Machine", Dec. 1, 1995.
Schlumberger Danyl Brochure "Card Value Center", Nov. 6, 1995.
Danyl Corporation Brochure—"Card Service Center", Apr. 12, 1993.
Danyl Corporation Brochure—"Vending Systems—Opening New Horizons with Card-based Convenience", Sep. 27, 1993.
1995 AT&T (NCR) Annual Report, Apr. 18, 1996.
"The ATM Marks Its 30th Birthday", Jo-Ann Daddio, Smart Money Debit News, vol. 1—Issue 4, p. 4, Winter 1995.
"Doo-Wah Cash: MTV Meets ATM", Upfront—Bank Notes, Seanna Browder, Business Week, p. 6, Dec. 4, 1995.

"Marketing & Vending Concepts' ATM-Telecard Vender Promotes Sales By Making it Easier To Purchase Cards", Vending Times, Mar. 1996.
"Hold It Right There Citibank", Banking, Brian Brenner, Joan Warner and Jonathan Ford, Business Week, p. 176, Mar. 25, 1996.
"Visa International charges ahead with stored-value card", Enterprise Computing—Mangagement, Rachel Parker, InfoWorld, p. 78, Oct. 16, 1995.
"Smart Cards and Money: Convenience and Security", Cover Story, Anne Coyle, EDN Nov. 23, 1995.
"Money Wants To Be Anonymous", Alan Deutschman, Worth, p. 95, Oct. 1995.
CyberCash Inc. Brochure, "CyberCash—The Secure Internet Payment Service", 1995.
"Wide Area Windows Networking—Are NT and Windows for Workgroups Truly WAN-savvy", Hands On, Jon Udell, Byte Magazine, Jan. 1994.
Mondex International News Release, "Mondex Uses Internet to Spread Global Electronic Cash Message", Mar. 24, 1995.
Mondex Magazine (Launch Issue) 36pgs, National Westminister Bank Plc, 1995.
UUNET Technologies, Inc. Brochure, "Access the Internet with Alternet", Aug. 17, 1994.
UUNET Technologies, Inc. Brochure, "Alternet Product Family", May 18, 1994.
Cincinnati Microwave, Inc. Brochure, "Cellular Packet Data Modems", CMI, 1993.
Pacific Communication Sciences Inc. Brochure, Ubiquity Software Developer's Kit (CDPD), Nov. 1994.
Gradient Technologies, Inc. Brochure, "Secure Web Client/Server Computing", 1995.
Transarc Corporation Brochure, "DCE Product Overview", 1993.
Transarc Corporation Brochure, "Encina Product Overview", 1993.
The DCE Newsletter—Open Horizon, Inc., "DCE and the Web", vol. 3—Issue 2, 1995.
Laufer, "Interactive Web Application Based on Finite State Machines", Loyola University (Chicago), Proc. Symposium Information Systems Analysis and Synthesis (ISAS), Baden-Baden, Germany, Aug. 1995.
Morris et al., "Kiosks: A Technological Overview", Los Alamos National Laboratory, Paper LA-UR-95-1672 (CIC-3) Jan. 10, 1995.
Levy, "E-Money (That's What I Want)", Wired Magazine, Issue 2.12, Dec. 1994.
EFT Network Data Book—1996 Edition, Bank Network News, Faulkner & Gray, vol. 14, No. 13, Nov. 24, 1995.
Medvinsky et al., "Netcash: A Design for Practical Electronic Currency on the Internet", Proc. First ACM Conference on Computer and Communication Security, Nov. 1993.
Perrochon, "W3 Based Online Kiosk Systems", Int'l WWW Conference, Apr. 10, 1995.
"Interactive Financial Services—Strategies for Online Delivery", Longwood Information LLC. vol. 1, No. 3, Apr. 15, 1996.
"Kiosks—Guidelines for Development", The State of Maryland Comptroller of the Treasury—Data Processing Division, Sep. 15, 1994.
Shah, "Suggestions for Information Kiosk Systems Using the World Wide Web", WWW Information Kiosks Special Interest Group, Apr. 30, 1994.
"Diebold—Technology with a Vision", 1995 Annual Report.
Shah, "Suggestions for Information Kiosk Systems Using the World Wide Web", WWW Information Kiosks Special Interest Group, May 25, 1994.
Griffith. "Cashless Society or Digital Cash?", Southwestern Society of Economists, Mar. 1994.
Brickell et al., "Trustee-based Tracing for Electronic Cash and Making Anonymous Change", 1995 Symposium on Discrete Algorithms.
Bellare et al., Design Implementation and Deployment of the iKP Secure Electronic Payment System, Extended abstract, entitled "IKP—A Family of Secure Electronic Payment Protocols" was in Proc. First USENIX Workshop on Electronic Commerce, USENIX, 1995, IEEE Journal on selected Areas in Communication, 2000, vol. 18, No. 4, pp. 611-627.
Chaum, "Achieving Electronic Privacy", Scientific American, Inc., 1992.
Neuman, "Proxy-Based authorization and Accounting for Distributed Systems", Proceedings of the 13th Int'l Conference on Distrubuted Computing Systems, May 1993.
"Siemens Nixdorf Customer Information Printer—CIP", Company Brochure 1994.
"Siemens Nixdorf ATMs and Cash Dispensers Overview", Company Brochure 1995.
Rakov, "The Internet Sampler: A Mosaic-Based Museum Kiosk About the Internet", 2nd Int'l Conference on Mosaic and the WWW. Chicago, IL, Oct. 1994.
Chaum, "Digital Cash", Mediamatic@Home Conference, Nov. 5, 1994.
"SCR 60 Terminal", Schlumberger Technologies Brochure, 1992.
"The AnyCard Cash System", Tidel Engineering, Inc. Feb. 2, 1993.
Merkert. Sr., "Multi-application Cards in Open Systems", Danyl Corporation, Apr. 9, 1993.
"IC Verify—High Performance Credit Card Authorization, ATM/Debit and Check Guarantee Software", IC Systems Brochure, Oct. 28, 1993.
"DEC OSF/1", Digital Equipment Corporation Brochure, 1994.
"Schlumberger MULTIFLEX Smart Cards", Schlumberger Technologies Brochure, 1994.
"Mikron Austria Company Profile", Mikron GmbH Brochure, Mar. 3, 1995.
"Mikron micard—Contactless Close Coupling High Speed RIScC Processor Smart Card", Mikron GmbH Brochure, Feb. 1994.
"Mikron midat—Contactless Read/Write Identification System", Mikron GmbH Brochure, May 1994.
"Mikron miro—Contactless Read Only Identification System," Mikron GmbH Brochure, Aug. 1994.
"Mikron hltag—Contactless Read/Write Identification System for Handsfree Access Control and Industrial Applications", Mikron GmbH Brochure, Sep. 1994.
"Mikron mifare—MIFARE1 Card Data Sheet", Mikron GmbH Brochure, Sep. 1994.
"Mikron mifare—Contactless Remote Coupling Smart Card System Overview", Mikron GmbH Brochure, Sep. 1994.
"Mikron mifare—MIFARE read/write device Core Module (MCM) Data Sheet", Mikron GmbH Brochure, Sep. 1994.
"Software Product Description—Digital Distributed Computing Environment (DCE), Version 1.0 for Window NT", Digital Equipment Corporation Brochure, Apr. 1994.
"InstaCache", National CacheCard Co. Brochure, Sep. 12, 1994.
"GEMPLUS in Banking"Gemplus Brochure, Oct. 1994.
"VISA Stored Value Cards Product Preview", VISA International Service Association, Dec. 1994.
"Smart Cards", Giesecke & Devrient Brochure, 1995.
"Welcome to the World of Radio Frequency Identifcation and Contactless Smart Cards", Mikron GmbH Brochure, 1995.
"WinPractis software—Take advantage of a Window development platform . . . and create your smartcard applications", Schlumberger Electronic Transactions, 1995.
"Microsoft and DCE", The DCE Newsletter—Anniversary Issue, vol. 2 Issue 4, pp. 1-5, 1995. . "Single Sign-On with Microsoft Products and Technologies", The DCE Newsletter, vol. 3, Issue 1. pp. 16-19, 1995.
"Alpha Family Systems Summary", Digital Equipment Corporation Brochure, Apr. 1995.
"Introducing True ID from Image Data", Image Data, LLC Brochure, 1995.
"Requirements for Network Payment: The NetCheque Perspective", Proc. of IEEE Compcon 95, San Francisco, CA, Mar. 1995.
"Wizard Integrated Contactless Smartcard Solution", Card Technologies Australia Limited Brochure, 1995.
"Smart Solutions for Secured Transactions", CP8 Transac Products Brochure, 1995.
"Bank rolls out smart card", USA Today—Inside Business, Mar. 21, 1995.
Birch et al., "Paying Tolls on the Infobahn-Electronic Commerce and the Future of Money", Hyperion, Commerce and Banking on the Information Superhighway, Chicago, IL, Mar. 23, 1995.

Wenninger et al., "The Electronic Purse", Federal Reserve Bank of NY—Current Issues in Economics and Finance, vol. 1, No. 1, Apr. 1995.
"Gemplus and National CacheCard Announce the First High Volume Issuance of a 64k Bit Smart Card", Gemplus Press Release, Apr. 11, 1995.
"AT&T Smart Cards—Financial Services Report", Phillips Publishing, Inc., Apr. 25, 1995.
Gross, "EIDOS Never Forgets a Face", Business Week, Developments to Watch, May 15, 1995.
"Payment Card Organizations Detail Next Steps on Global Chip Card Specifications", VISA News Release, VISA International, May 31, 1995.
"An Insider's Guide to Microsoft RPC", O'Reilly & Associates, Summer 1995.
Singleton, "Cash on the Wirehead", Byte Magazine, Jun. 1995.
Jackel et al., "Optical Character Recognition for Self-Service Banking", AT&T Technical Journal, Jul./Aug. 1995.
"Progress Report [Columbia-Presbyterian Medical Center Patient Klosk], Applied Informatics", Jul. 15, 1995.
"American Express partners with leading technology firms to allow cardmembers to make purchases over the Internet", American Express Company News Release, Jul. 17, 1995.
Manasse, "The Millicent Protocols for Electronic Commerce", Digital Equipment Corporation, Proc. First USENIX Workshop on Electronic Commerce, New York, NY, Aug. 1995.
"Financial Services Industry Leaders to Form SmartCash", News Release, MasterCard International and Electronic Payment Services, Inc., Aug. 16, 1995.
"Introducing VISA Cash", VISA International Service Association, Sep. 1995.
Gates, "Windows 95—Gateway to the Future", Microsoft Magazine—Interface, Sep./Oct. 1995.
"Size Up Your Needs", LEI USA Advertisement, DCR Debit Card Vending Machine, TeleCard World 95 East, Sep. 1995.
Chaum, "Keynote Address Internet@Telecom 95", Digicash, Oct. 8, 1995.
"Cash Is Good. This is Better," First Union Brochure, Oct. 16, 1995.
"Fujitsu Unveils series 7000 Advanced Platform ATMs and Cash Dispensers", Fujitsu ICL Systems, Inc. News Release, Oct. 17, 1995.
Washburn, "The Invisible Revolution", Internet World Magazine, pp. 37-38, Nov. 1995.
"St. Louie Bank Offers E-Cash", Interactive Week Magazine—Money, pp. 62, Nov. 6, 1995.
"Diebold Special Advertising Section", Forbes Magaine pp. 288-289, Nov. 6, 1995.
Haran, "Kiosks' Mass Appeal", Advertising Age—Events and Promotions, Nov. 6, 1995.
"Stored Value Card to be Called VISA CASH", VISA International Service Association. Nov. 9, 1995.
"Stored Value Cards—The Automation of Cash and Coins", VISA International Service Association, Nov. 1995.
Schreiber, "Unify Security to Speed Development", Datamation Magazine, pp. 78-81, Nov. 15, 1995.
"Micro Payment Transfer Protocol (MPTP) Version 1.0", W3C Working Draft—WD-mptp-951122, Nov. 22, 1995.
"VISA Cash Stored Value Card—Leading Change", VISA International Service Association Brochure, Nov. 29, 1995.
"ATM Kiosks/Enclosures", Dellman Industrial Corporation Brochure, Retail Delivery Show, Dec. 2-6, 1995.
"Bidirectional Dispersing Mechanisms (C-623LC Series)", Perto—A Digicon Company Brochure, Retail Delivery Show, Dec. 2-6, 1995.
"MICR Reader, Printer, Encoder—PERTOCHEK", Perto—A Digicon Company Brochure, Retail Delivery Show, Dec. 2-6, 1995.
Shade, "Debit Card Strategies: POS to Smart Cards", Verifone, Retail Delivery Show, Dec. 3, 1995.
"Staying Ahead in a World of Change", MasterCard International Incorporated Brochure, Retail Delivery Show, Dec. 2-6, 1995.
"SmartCash—Consumer Research & Merchant Research", Retail Delivery Show, Dec. 2-6, 1995.
Anderson, "Showdown Over E-Cash", Upside Magazine, Jan. 1996, pp. 25, 26, 30, 32, 34 and 36.
Paul. "Banking on the Future", PC Week Magazine, pp. E4-E5, Jan. 29, 1996.
Thompson, "An Alpha In PC Clothing", Byte Magazine, pp. 195-196, Feb. 1996.
Akst, "Numbers that are Money", Los Angeles Times, Feb. 4, 1996.
Davis, "MicroTouch to Offer Browser for Public Web Stations", InfoWorld Publishing Company, vol. 18, Issue 8, Feb. 19, 1996.
"IDI Blazes Trail Into Vending Computer Systems and Net Surfing". Vending Times, pp. 102, Mar. 1996.
Chappell, "DCE and Objects", Chappell & Associates, The Open Group DCE Portal, Mar. 1996.
Anderson et al., "Netcard—A Practical Electronic Cash System", Cambridge University Computer Laboratory, Apr. 1996.
Dugas, "Putting Smart Cards to Work—Rival Card Networks Join in Pilot Program", USA Today Cover Story, Apr. 11, 1996.
Rivest et al., "PayWord and MicroMint: Two Simple Micropayment Schemes", MIT Laboratory for Computer Science and Weizmann Institute of Science, May 7, 1996.
Lynch et al., "The New Era of Internet Commerce", John Wiley & Sons, Inc., Nov. 1, 1995.
Thomas, "IPng and the TCP/IP Protocols: Implementing the Next Generation Internet", John Wiley & Sons, Inc., Jan. 31, 1996, Chapters 1, 2, 15.
Koelsch, "The Infomedia Revolution: How it is changing our world and your life", McGraw-Hill Companies, Mar. 1, 1995 Part 1- Chapter 2 and Part 4—Chapter 12.
Courtney et al., "Smart Card Technology International", The Global Projects Group, 1995.
Chaum, "Smart Card 2000", North-Holland, 1991, Elsevier Science Publishers B.V., Selected Papers from the 2nd Int'l Smart Card 2000 Conference, Amsterdam, Oct. 4-6, 1989. The Card Itself—pp. 3-18, Payment Applications Today—pp. 57-76, and Applications: The Future—pp. 127-158.
Zoreda et al., "Smart Cards", Artech House, Inc., 1994, Chapters 1,2,3,—pp. 1-54, and Chapters 7 and 8—pp. 123-164.
Rosenberry et al., "Distributing Applications AcrossDCE and Windows NT", O'Reilly & Associates, Oct. 1, 1993, Chapter 1, pp. 1-14.
Rosenberry et al., "Understanding DCE", O'Reilly & Associates, Sep. 1992, Chapter 1, pp. 3-22.
Steiner et al., "Technology in Banking", Irwin Professional Publishing—McKinsey & Company, 1990, Part 1 —Chapter 2, pp. 28-50, and Part 2—Chapter 4, pp. 79-111.
Bollenbacher, "The New Business of Banking", Bankers/Probus Publishing Company, 1992, pp. 116-118, 148, 149, 167, 169, 196, 217, 221.
Mrkvicka, Jr., "The Bank Book", Harper Collins Publishers, 1991, Chapter 6 (Bank Services) pp. 140-168.
Kelly, "Out of Control", Addison-Wesley Publishing Company, 1994, Chapter 12, [E-Money] pp. 203-229.
Zweig, "Wriston—Walter Wriston, Citibank, and the Rise and Fall of Financial Supremacy", Crown-Publishers, Inc. 1995, [ATMs] pp. 197,278,284-286, 291-294, 536-557, 612-616,672,734,797, 838-839, 875.
R. Brown, et al., The Guide to United States Popular Culture, Popular Press (2001).
Betsy Maestro, The Story of Money, Carion Books (1993).
World Book Dictionary (1995) at p. 138.
J. Shanahan, ATM Revolution Keeps Marching On, Form & Function, Where Does The ATM Go From Here (Nov. 18, 1995).
J. Fioravante, Marching to 2000 With A Range of Functions, Form & Function, Where Does The ATM Go From Here (Nov. 27, 1995).
J. McAndrews, Automated Teller Machine Network Pricing—A Review of the Literature, Review of Network Economics, vol. 2, 146-158 (Jun. 2003).
D. Humphrey, Delivering Deposit Services; ATMs Verses Branches, Federal Reserve Bank of Richmond Economic Quarterly vol. 80, 58-91 (Spring 1994).
ATMs Through History, GSQ vol. 6, No. 3 (Sep. 2003).
1994 ACI Base 24-ATM Diebold 100x Series Support Manual.
Speaking a Common ATM Language, Credit Card Management Magazine (Apr. 2003).
2005 Diebold Brochure "ATMs Security Office".

The IFX Standard: Global Adoption is Only a Matter of Time Celent (2006).
2005 NCR Brochure.
1997 NCR Model 5670 ATM and Model 5675 ATM Brochures.
J. Rawe, A Mini-Mall in Your ATM, Time p. 61 (Apr. 8, 2002).
7-Eleven to expand Vcom Kiosks to 1000 stores, Dallas Business Journal (Jul. 9, 2002).
A. All, Vcom = More Units, More Functionality, Kiosk Marketplace (Aug. 6, 2002).
A. All, 7-Eleven's Vcom Wins Raves at RD, ATM Marketplace (Nov. 13, 2002).
International 2002 ATM Award Winners.
NCR, The Automation Revolution: Self-Service as to Strategic Channel (2005).
FNC Resolution (Oct. 24, 1995).
NTIA, Information Superhighway.
Besser, The Information Superhighway (1995).
Cambridge Encyclopedia, vol. 8: Automated Teller Machine.
Dial-UP ATMs Ring in Changes in the ATM World, Bank Network News 15 (16) (Jan. 13, 1997).
R. Zakon, "Hobbes' Internet Timeline v 8.2", www.zakon.org/robert/internet/timeline (2006).
A Little History of the World Wide Web, www.w3.org/History.html (Circa 1995).
AT&T Advertisement "You Will" (1994).
Self Service Kiosk Product Update, Creative Strategies (1995).
F. Koelsch, The Information Revolution (1995).
Jay W. Giesen, Vice President and General Manager, Vcom, Powerpoint Presentation to 7-Eleven, Inc. (Jul. 29, 2003).
Jan. 1995 GAO Report, "Information Superhighway".
Dec. 4, 1996 Diebold Press Release.
Subrizi et al., "The Virtual ATM" by Alex Subrizi et al. Bank Marketing (Nov. 1994) pp. 17-20.
Vizard, "Building the Information Superhighway" by Frank Vizard Popular Mechanics (Jan. 1994) pp. 29-33.
Wikipedia entry for "Information Superhighway".
Office Action mailed May 15, 2008 for U.S. Appl. No. 11/981,993 to D. Barcelou.
Office Action mailed Apr. 17, 2008 for U.S. Appl. No. 11/982,186 to D. Barcelou.
Office Action mailed May 14, 2008 for U.S. Appl. No. 11/981,965 to D. Barcelou.
Office Action mailed Feb. 26, 2008 for U.S. Appl. No. 11/982,240 to D. Barcelou.
Office Action mailed Feb. 25, 2008 for U.S. Appl. No. 11/982,241 to D. Barcelou.
Office Action mailed May 13, 2008 for U.S. Appl. No. 11/982,244 to D. Barcelou.
U.S. Reexamination Appl. No. 90/008,323 to D. Barcelou, Nov. 7, 2006.
ICM—Banking on the I-way Today and Tomorrow, John Doggett, Mar. 23-34, 1995.
"Kiosk Issues Bank Cards for Those Dashing Through Dough," The Courier Journal, vol. 269, No. 155, p. 12, Dec. 2, 1989, Ken Berzof.
"Technobanking Takes Off," Business Week, Dec. 12, 1994.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3a

FIG. 3b



FIG. 3c

FIG. 3d



FIG. 3e



FIG. 4



FIG. 5



FIG. 6



FIG. 7a



FIG. 7b

1

# AUTOMATED TRANSACTION MACHINE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 11/818,217, filed on Jun. 13, 2007, which is a continuation of U.S. application Ser. No. 11/123,982, filed on May 6, 2005 which is a continuation of U.S. application Ser. No. 09/180,558, filed on Nov. 6, 1998, now U.S. Pat. No. 6,945,457, which is a national stage of PCT/US97/08089 filed on May 9, 1997 which claims the benefit of the filing date of U.S. Provisional Patent Application No. 60/017,533 filed May 10, 1996, the disclosures of all of which are hereby incorporated herein by reference.

## FIELD OF THE INVENTION

The invention relates to retail terminals for automated transactions and a unique system design therefor.

## BACKGROUND OF THE INVENTION

For decades, retail sales and services have been automated to greater or lesser degrees. Historically in many European countries, shopkeepers of bakeries and other purveyors have long provided simple vending machines to dispense their products at their street entrances after business hours. More ambitiously automated restaurants are already legendary in the history of the United States. Other and more recent entrants in the automated retail sales and service industries include automated teller machines (ATMs), custom greeting card kiosks, automated lottery machines and other home and commercial business terminals including various Internet services available via personal computer.

Retail terminal technology generally, however, has been pervaded by a fundamental flaw which itself has gone completely unrecognized. This flaw becomes apparent when one considers the piecemeal character of retail terminals of all types in the applicable prior art. Without any known exception, automated retail functions are provided only to address particular and narrow needs. An ATM may dispense postage stamps, but treats the stamp sheets virtually as an alternate currency in a limited menu of deposit and cash access services. Lottery machines dispense lottery tickets; insurance machines dispense insurance policies; and fancy pay telephones and the most advanced home computers function primarily as old-fashioned credit card order lines for the various products and services available online. In short, even in the most recent instances the only advantage in retail automation has been the same as it has been for many years—the elimination of the human attendant.

A need thus remains for an innovation in the area of automated retail goods and services in which an automated transaction machine does more than merely provide existing goods and services in a simple automated way.

## SUMMARY OF THE INVENTION

In order to meet this need, the present invention is an automated retail terminal in which a plurality of goods and/or services is provided in an integrated system. The integrated system generally avoids duplicating hardware or functions in the course of delivering the goods or services offered, so for example in a combination ATM and Internet kiosk the same credit card or smart card reader is used for both the ATM and the Internet kiosk functions, the same control screen activates

2

the ATM functions and the Internet functions, and etc. The overall importance—and the details concerning—the integrated system aspect of the present automated transaction terminal will become more apparent in the foregoing description.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic entitled "CONCEPT" which illustrates the various existing goods arid services machines which can be combined in accordance with the invention;

FIG. **2** is a schematic entitled "REALITY" which illustrates the various existing goods and services machines which can be combined in accordance with the present invention;

FIGS. **3**a-**3**e are schematics which show various combinations of integrated systems according to the present invention;

FIG. **4** is a side elevational view of a control panel according to a preferred embodiment of the invention;

FIG. **5** is a side elevational view of the same mechanics as shown in FIG. **4** but with the control panel removed;

FIG. **6** is a perspective view of a further embodiment of the invention which combines multiple transaction stations in a kiosk, which might house any retail function, such as automobile service and refueling or fast food dispensing or vending; and

FIGS. **7**a and **7**b are side elevational views of a yet further embodiment of the invention.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention is an automated transaction machine comprising an automated retail terminal which provides a plurality of goods and/or services from an integrated and automated system. Two or more goods and/or services are provided not only in combinations heretofore unavailable, but in an integrated system design in which duplication of effort (and hardware) is largely or completely eliminated.

Referring now to FIGS. **1** and **2**, a plurality of machines is shown which can be combined in a single integrated system according to the present invention. However, not all the machines shown need be combined. The invention can be simply the combination of a telephone and a juke box, for example, with the hardware and functions of credit or smart card reading (or encoding), computer hardware and software and audio sound production and reproduction being shared. However, the preferred embodiments of the present invention include an integrated but otherwise traditional ATM, so as to enhance the overall retail sales and services offering by coordinating payment arrangements and generalized banking services with the retail transaction(s). This combination of providing an ATM with other retail goods and services transactions is not only new, but would heretofore have been considered virtually heretical.

The essence of the preferred embodiments of the invention thus resides in the new combination of previously existing but separate means of access to the stream of daily commerce and banking. Meaningful combinations of ATMs and customer retail kiosks have never even been attempted before, possibly because the two technologies have undergone burgeoning technological growth in separately focused directions. For example, certain telephone systems have been promoted as the "ATMs of the future," providing credit card recognition for instant, albeit remote, execution of retail services. Some ATMs dispense both bills and coin change, and offer services such as on-site check cashing with payment of the exact check amount in bills and/or coins. As described above, ATMs in the past have offered limited retail sales options such as the

US 7,575,158 B2

3

vending of postage stamps via the bill dispenser. But there has not been, heretofore, a meaningful incarnation of a single system, which an individual consumer can use in a single location, wherein real banking services, and real commercial and banking services, have been combined. Because it is difficult to define objectively, however, that which constitutes real or meaningful banking or retail services, the preferred embodiments of the invention are best characterized as providing a retail terminal offering at least two immediately accessible goods or services and selectively dispensing at least two forms of dispensable currency, to emphasize the novel plurality of uniquely combined system means intrinsic to the present invention. The system for providing these multiple services or goods is integrated, moreover; the invention does not comprise the mere freestanding combination of an existing ATM and an existing retail terminal in adjacent proximity.

One of the preferred embodiments of the present invention is that disclosed in U.S. patent application Ser. No. 08/643,827 entitled "Automated League and Tournament Device." Two goods or services offered are ATM services and game league services, and the two forms of dispensable currency take the form of bills from the bill safe/dispenser and the encodable credit made possible by the smart card encoder therein. Widespread variability is possible with respect to such combinations.

Another embodiment of the invention includes the following components. A free-standing or wall mounted ATM with traditional ATM hardware, software and banking network connections (and including a bill safe, bill dispenser, magnetic stripe card reader, keyboard and video screen) is augmented with additional means as follows. The ATM is fitted with a smart card reader/encoder, so that in addition to the traditional bill dispenser the ATM can dispense encodable currency onto a smart card or its equivalent (a PC card, a removable hard drive, or other means for encoding digital cash or electronic cash of various types.) The video screen is a touchscreen; internal software provides a first screen menu for selection of traditional ATM services and at least two additional immediate access retail services, which are selected from the group consisting of electromechanical games of skill services, smartcard services, insurance services, restaurant services, travel services, sports services, gaming device services, delivery services, coupon services, floral delivery services, gift basket delivery services, introduction services, audio services, news services transportation services, utility services, physician services, school services, security services, building services, credit services, directory services, home services, military services, personal services, automotive services, employment services, recreational services, travelers check services, children's services, videogames of skill services, Internet services, brokerage services, government services, entertainment services, library services, catalogue services, print services, diagnostic services, chat services, video services, database services, barter services, engineering services, pharmacy services, identification services, detective services, church services, loan services, training services, buying services, recruitment services, accounting services, photographic services, food services, radio services, credit services, theme park services, music services, financial services, full-line vending services, health care services, remote access services, payment services, computer services, search services, network services, subscription services, virtual reality services, advertising services, rental services, programming services, beverage services, credit/debit card services, freight services, stored value card services, beauty services, tax services, leasing services, medi-

4

cal services, emergency services, publishing services, counseling services, satellite services, screening services, real estate services, telephone services, ticket services, television services, dating services, information services, lottery services, software services, reservation services, communication services, Intranet services, adult services, referral services, repair services, legal services, consulting services, maintenance services, moving services, trade show services, design services, lodging services, mail services, fast food services, automated services, recording services, clothing services, wireless services, human services, and encryption services. For the purpose of this embodiment, the form such second service takes must be an immediately realizable service, with a good or service being generally immediately rendered to the individual using the system (airline or theatre tickets being printed on the spot, for example) or being separately commenced (initiation of a delivery of flowers in a remote city, for example). It is readily apparent that this combination system is quite different from any of prior art ATMs, telephone ATMs "of the future," or even personal computer Internet connections which may provide retail functions but do give access to at least two forms of dispensable currency.

The most preferred embodiments of the present invention include means for providing at least two retail services which are not only immediately, realizable but are also immediately accessible to the individual user. Preferred immediate access services include game of skill services, music (juke box) services, vending, publishing (customized newspapers printed on the spot, for example), dating, smart card encryption, travel and entertainment ticketing, and financial, insurance and brokerage services. The consumer appeal of synthesized commercial and retail services with banking services is enormous, which in itself highlights the irony that these diverse services, and the means for providing them, have never been combined elsewhere heretofore.

User access to systems provided according to the invention will normally be accomplished by credit card, smart card or other identification card, but other means are contemplated as within the scope of the invention. Literally any means of positive identification of any given individual user to the system can be implemented, such as iris or fingerprint scans and matching to user databases. Smart card access itself will undoubtedly continue to evolve as smart cards increase in their accommodation of data and processing speed and ability, and this will only enhance the multiple retail and banking aspects of the preferred embodiments of the invention.

Referring now to FIGS. 3a-3e, five exemplary system combinations are illustrated schematically. FIG. 3a illustrates a combined ATM and juke box system; FIG. 3b illustrates a combined ATM and Internet retail terminal; FIG. 3c shows a combined ATM and insurance policy terminal; FIG. 3d illustrates a combined dating service and travel ticketing terminal; and FIG. 3e illustrates a combined ATM and lottery dispensing machine. These combinations are exemplary of the various conceptual incarnations of the invention as described above.

Referring now to FIG. 4, the multiple functionalities can be combined via a video touchscreen which provides for selection of a wide variety of goods and/or services. FIG. 4 is a partial side elevational view of a kiosk 40 including a control panel 42 having a video command touchscreen 44, at least one smart card dispenser 46, a credit card reader 48, stereo speakers 50, a bill (cash) acceptor 52, a bill dispenser 54 and a receipt (printer) dispenser 56. Optionally, one of the smart card dispensers 46 may be recording means for encoding information on media other than smart cards, including but

5

not limited to magnetic recording tape; floppy or removable hard disks or drives; recordable CDs, PC cards or PCMCIA cards and etc. A motion/sound/position sensor **58** is also provided adjacent the video command touchscreen. A person using the control panel **42** thus has access to all available goods and/or services in a single location.

FIG. **5** illustrates the control panel **42** of FIG. **4** with its cover removed, exposing the underlying mechanical features not including the computerized control and optional network access means which drive the system. A bill dispenser security safe **55** is thus positioned surrounding the bill dispenser **54**. A bill acceptor mechanism **53** known in the art supports the bill acceptor

A smart card safe **47** contains smart card inventory to supply to the smart card dispenser(s) **46**. A motion/sound/position device **59** supports the sensor **58**. A printer **57** provides receipts or other printed materials to the receipt (printer) dispenser **56**. Each individual mechanism illustrated in FIGS. **4** and **5** is known in the art, and the invention combines a number of them in a novel and commercially irresistible way.

FIGS. **4** and **5** illustrate a video command touchscreen **44** which is deliberately in portrait rather than landscape orientation. This deliberate orientation enhances the suitability of the command screen to relatively long, single-column selection menus such as those of the World Wide Web on the Internet and also adds an attractive design feature to the kiosk containing it.

FIG. **6** illustrates a kiosk containing multiple transaction control panels similar to those of FIG. **4**. A kiosk such as shown can house games, automobile refueling or fast food services in automated form, or virtually any other goods or services disclosed herein.

FIGS. **7***a* and **7***b* are side elevational views of a further embodiment of the invention. Segments **171** can house monitors, liquid crystal or gas plasma displays; segment **172** can house three dimensional volumetric displays including electromechanical games or displays or three dimensional video or holographic arrays. Kiosks such as are shown in FIGS. **7***a* and **7***b* may have, optionally, fold down seating and/or modular construction.

The invention is susceptible of widespread departure from the above disclosure without departing from the scope of the invention. Virtually any heretofore uncombined goods and/or services provision may be combined in the automated transaction terminal of the present invention. The key to the invention is the multiple functioning of the terminal as compared to primarily single purpose devices of the prior art. Another way of understanding the most preferred embodiments of the present invention is as an ATM combined with an additional functionality typically found, in the prior art, only in its own freestanding device, i.e., juke box, Internet terminal, etc. Combinations of individual goods and services can be customized to the theme or character of the intended location, and the combinations are thus deliberate, not slapdash.

Notwithstanding the foregoing description, the invention is only to be limited as is set forth in the accompanying claim.

The invention claimed is:

1. An integrated banking and transaction machine for use by a consumer to purchase access to retail ATM services, comprising:

an automated teller machine;
a user interface to the automated teller machine;

6

means for identifying the user to the automated teller machine, further comprising a smart card/magnetic stripe reader/encoder and a sensor;
an Internet interface to an Internet connection to the automated teller machine that uses encryption services and security services to provide the user access to the user interface and retail ATM service; and
access to the automated teller machine user interface whereupon the consumer may selectively dispense currency using the integrated banking and transaction machine providing the retail ATM service;
wherein the consumer can purchase access to the retail ATM service through use of the user interface and Internet services connections.

**2**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with cash.

**3**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with bills.

**4**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with coins.

**5**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with currency.

**6**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with encodable currency.

**7**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with digital cash.

**8**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with electronic cash.

**9**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with encodable credit.

**10**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with a smart card.

**11**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with a credit card.

**12**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with a debit card.

**13**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with a stored value card.

**14**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with a phone card.

**15**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with an identification card.

**16**. The integrated banking and transaction machine according to claim **1**, further comprising means for consummating the purchase with removable media recorded with encodable currency, digital cash or electronic cash of variable types.

\* \* \* \* \*