UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AUTOMATED TRANSACTIONS LLC,

                Plaintiff,

   – v. –

CUMBERLAND FARMS, INC.,

                Defendant.

Case No. 12 Civ. 1321 (JFB)(GRB)

### <u>RULE 7.1 STATEMENT OF DEFENDANT CUMBERLAND FARMS, INC.</u>

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Cumberland Farms, Inc. (a non-governmental corporate party) certifies that the following are parent corporations and any publicly held corporation owning 10% or more of said defendant's stock:

### <u>NONE.</u>

Dated: New York, New York
      July 9, 2012

SCHWARTZ & THOMASHOWER LLP

By: <u>s/William Thomashower</u>
     William Thomashower

15 Maiden Lane, Suite 705
New York, New York 10038-5120
Tel:  (212) 227-4300
Fax:  (212) 227-4311

*Attorneys for Defendant and Counterclaim Plaintiff,*
CUMBERLAND FARMS, INC.